# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **CRYSTAL HERRERA,** | § |
| *Plaintiff,* | § |
| v. | § CASE NO. _____ |
| **CLIENT SERVICES, INC.,** | § |
| *Defendant.* | § |

## DEFENDANT CLIENT SERVICES, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Client Services, Inc. ("CSI") hereby removes the subject action from the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, on the following grounds:

1. Plaintiff CRYSTAL HERRERA ("Plaintiff") instituted an action in the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, on September 24, 2021.  A copy of the Complaint is attached hereto as **Exhibit A**.

2. CSI was served on October 1, 2021. Therefore, removal is timely.

3. Plaintiff's Complaint alleges a violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331, since there is a federal question.  This suit falls within the FDCPA which thus supplies the federal question.

5. Pursuant to 28 U.S.C. §1441, et seq., this cause may be removed from the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida.

6. Notice of this removal will promptly be filed with the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida and be served on all adverse parties.

7. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference

8. A jury demand was made in state court.

WHEREFORE, Defendant Client Services, Inc., by counsel, removes the subject action from the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida.

Dated: October 20, 2021.

/s/ Dale T. Golden
Dale T. Golden, Esq.
FBN: 0094080
/s/ Sangeeta Spengler
Sangeeta Spengler, Esq.
FBN: 0186864
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Direct: (813) 251-3661
Fax: (813) 251-3675
dgolden@gsgfirm.com
spspengler@gsgfirm.com